VENABLE LLP
Douglas C. Emhoff (Cal. Bar No. 151049)
Jeffrey M. Tanzer (Cal. Bar No. 129437)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: dcemhoff@venable.com
E-mail: jtanzer@venable.com

Attorneys For Defendant
MERCK & CO., INC.

FILED
06 NOV 21 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PX DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'06 CV 2574 H  AJB

EDNA GOYA, an individual,

    Plaintiff,

v.

MERCK & CO., INC., a Corporation; McKESSON CORPORATION, a Corporation; and DOES 1 through 100, inclusive,

    Defendants.

CASE NO.:

**DEFENDANT MERCK & CO., INC.'S NOTICE OF RELATED CASES**

[Local Rule 40.1(e)]

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(e), Defendant Merck & Co., Inc. hereby gives notice that the above-captioned case is the subject of or is related to Multidistrict Litigation that is pending in the United Stated District Court for the Southern District of New York, encaptioned <u>In re Fosamax Products Liability Litigation</u>, MDL-1789. This action involves allegations regarding the prescription medication FOSAMAX®. On August 16, 2006, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued an order pursuant to its authority under 28 U.S.C. §

NOTICE OF RELATED CASES

::ODMA\PCDOCS\BA2DOCS1\306213\1

1407, in which the MDL Panel created MDL No. 1789 and transferred 18 FOSAMAX® products liability cases to the United States District Court for the Southern District of New York (Keenan, J.) for coordinated pretrial proceedings. *In re Fosamax Prods. Liab. Litig.*, 444 F. Supp. 2d 1347 (J.P.M.L. 2006). As of this date, the MDL Panel has issued nine Conditional Transfer Orders, and 43 actions have been transferred to MDL 1789. Merck will seek the transfer of this action to MDL-1789, and will, in the next several days, provide the MDL Panel with notice of this action pursuant to the "tag-along" procedure contained in the MDL Rules.

Dated: November 21, 2006

VENABLE LLP
DOUGLAS C. EMHOFF
JEFFREY M. TANZER

By _____
Jeffrey M. Tanzer
Attorneys for Defendant
Merck & Co., Inc.

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

2
NOTICE OF RELATED CASES

::ODMA\PCDOCS\BA2DOCS1\306213\1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, #2100, Los Angeles, California 90067.

On November 21, 2006, I served the foregoing document(s) described as **DEFENDANT MERCK & CO., INC.'S NOTICE OF RELATED CASES** on the interested parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒   By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐   **BY PERSONAL SERVICE (CCP §1011)**: I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒   **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

☐   **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d))**: I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

Executed on November 21, 2006 at Los Angeles, California

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*Heather Briggs*
Heather Briggs

---

3
NOTICE OF RELATED CASES

## ATTACHED SERVICE LIST

| | |
|---|---|
| Hector G. Gancedo, Esq.<br>Amy M. Boombouwer, Esq.<br>GANCEDO & NIEVES LLP<br>144 West Colorado Boulevard<br>Pasadena, CA 91105<br>Tel: 626 685-9800<br>Fax: 626 685-9808 | *Attorneys for Plaintiff* |
| Anthony G. Brazil, Esq.<br>Kanika D. Corley, Esq.<br>MORRIS POLICH & PURDY<br>1055 W. Seventh Street, Suite 2400<br>Los Angeles, CA 90017<br>Tel: 213 891-9100<br>Fax: 213 488-1178 | *Attorneys for Defendant McKesson Corporation* |

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900