HECTOR G. GANCEDO (SBN 132139)
hgancedo@gancedonieves.com
TINA B. NIEVES (SBN 134384)
tnieves@gancedonieves.com
AMY M. BOOMHOUWER (SBN 221869)
amy@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiff Goya

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA GOYA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey corporation,<br><br>Defendants. | Case No. 06-CV-2574 H (AJB)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to California Rules of Court, Local Rules for the Southern District of California, the undersigned, counsel of record for Plaintiff Edna Goya certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Edna Goya

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| Merck and Company, Inc. | |
| Dated: December 28, 2006 | By: _____ |
| | Hector G. Gancedo (SBN 132139) |
| | Tina B. Nieves (SBN 134384) |
| | Amy M. Boomhouwer (SBN 221869) |
| | GANCEDO & NIEVES LLP |
| | 144 W. Colorado Boulevard |
| | Pasadena, CA 91105 |
| | (626) 685-9800 |
| | (626) 685-9808 Facsimile |
| | |
| | Attorneys for Plaintiff Johnson |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

I hereby certify that on December 29, 2006, a copy of the foregoing was mailed by United States Postal Service to the following:

Douglas Emhoff
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Anthony G. Brazil
Morris, Polich & Purdy
1055 W. Seventh Street, Suite 2400
Los Angeles, CA 90017

*Rosario Castellanos* (signature)
Rosario Castellanos