HECTOR G. GANCEDO (SBN 132139)
hgancedo@gancedonieves.com
TINA B. NIEVES (SBN 134384)
tnieves@gancedonieves.com
AMY M. BOOMHOUWER (SBN 221869)
amy@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile:  (626) 685-9808

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA GOYA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a Corporation; McKESSON CORPORATION, a Corporation; and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO. 06-CV-2574 H (AJB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND** |

This matter comes before the Court on Plaintiff Edna Goya's Motion to Remand in Case No.: 06-CV-2574 H (AJB). Upon consideration and the entire record herein, and good cause appearing therefore, it is hereby

**ORDERED** that the Plaintiff's Motion to Remand be, and hereby is, **GRANTED.**

**IT IS SO ORDERED.**

_____
HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

1

**MOTION TO REMAND**

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: **[PROPOSED] ORDER GRANTING MOTION FOR REMAND**

I hereby certify that on December 29, 2006, a copy of the foregoing was mailed by United States Postal Service to the following:

Douglas Emhoff
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Anthony G. Brazil
Morris, Polich & Purdy
1055 W. Seventh Street, Suite 2400
Los Angeles, CA 90017

Rosario Castellanos