1  Anthony G. Brazil (State Bar No. 84297)
2  Kanika D. Corley (State Bar No. 223607)
   **MORRIS POLICH & PURDY LLP**
3  1055 West Seventh Street, Suite 2400
   Los Angeles, CA 90017
   Telephone:    (213) 891-9100
4  Facsimile:    (213) 488-1178
   E-mail:   abrazil@mpplaw.com
5  E-mail:   kcorley@mpplaw.com

6  Attorneys for Defendant,
   MCKESSON CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  EDNA GOYA,                          No.: 3:06-CV-02574-H-AJB

12              Plaintiff,

13  vs.                                 **DEFENDANT MCKESSON CORPORATION'S RESPONSE TO MERCK'S MOTION TO STAY**
14  MERCK & COMPANY, INC., a
    Corporation; McKESSON
15  CORPORATION, a Corporation; and
    DOES 1 through 100, inclusive,
16
                Defendants.
17

18  _____

19      McKesson Corporation, by its counsel, hereby files this response to the Motion

20  to Stay filed by Defendant Merck & Co., Inc. ("Merck").  At the time that Merck filed

21  its Motion to Stay in this case, McKesson authorized Merck to state that McKesson

22  joined in the pleading. In their Opposition to Merck's Motion to Stay, Plaintiff appears

23  to contend that such action by McKesson is not sufficient.  While McKesson does not

24  agree with Plaintiff's assertions, McKesson hereby states that it joins in and agrees with

25  ///

26  ///

27  ///

28  ///

1  Merck's position that this matter should be stayed for the reasons stated in Merck's

2  Motion and Merck's Reply Brief in support thereof.

3

4  Dated: January 3, 2007

5                              MORRIS, POLICH & PURDY, LLP

6

7

8                              By: _____
                                       Anthony G. Brazil
9                                      Kanika D. Corley

10                             Attorneys for Defendant
11                             MCKESSON CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT MCKESSON CORPORATION'S RESPONSE TO MERCK'S MOTION TO STAY**

1

## **ELECTRONIC PROOF OF SERVICE**

2
3

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

4

On January 3, 2007, pursuant to the Court's Electronic Filing System, I

5

☒    submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing)

6

☐    submitted a hard copy of the following document to ECF (Electronic Case Filing) by

7
8

☐    facsimile        ☐    overnight delivery

9
10

**"DEFENDANT MCKESSON CORPORATION'S RESPONSE TO MERCK'S MOTION**

11

**TO STAY"**

12
13

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

14
15

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

16

Executed on January 3, 2007, at Los Angeles, California.

17
18
19
20
21

Elena Juárez-Holguín

22
23
24
25
26
27
28

-1-