Anthony G. Brazil (State Bar No. 84297)
Kanika D. Corley (State Bar No. 223607)
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:    (213) 891-9100
Facsimile:    (213) 488-1178
E-mail:    abrazil@mpplaw.com
E-mail:    kcorley@mpplaw.com

Attorneys for Defendant,
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA GOYA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a Corporation; McKESSON CORPORATION, a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. 3:06-CV-02574-H-AJB<br><br>**DEFENDANT MCKESSON CORPORATION'S JOINDER IN DEFENDANT MERCK & CO., INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT** |

McKesson Corporation, by its counsel, hereby joins in, adopts and incorporates by reference Defendant Merck & Co., Inc.'s ("Merck") Opposition to Plaintiff's Motion to Remand to State Court. This Joinder is based upon the Points and Authorities set forth in Merck's Opposition to Motion to Remand, Merck's related affidavits and

///
///
///
///
///
///

L0075330

1

**DEFENDANT MCKESSON CORPORATION'S JOINDER IN DEFENDANT MERCK & CO., INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

1  exhibits, the papers and pleadings on file with the Court and upon any oral argument as
2  may be presented to the Court at the hearing on the Motion to Remand.
3
4  Dated: January 23, 2007
                                              MORRIS, POLICH & PURDY, LLP
5
6
7                                             By: /s/ Kanika D. Corley
8                                                 Anthony G. Brazil
                                                  Kanika D. Corley
9
10                                            Attorneys for Defendant
                                              MCKESSON CORPORATION
11

L0075330                                      2
**DEFENDANT MCKESSON CORPORATION'S JOINDER IN DEFENDANT MERCK & CO., INC.'S
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

# ELECTRONIC PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On January 23, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing)

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile ☐ overnight delivery

**"DEFENDANT MCKESSON CORPORATION'S JOINDER IN DEFENDANT MERCK & CO., INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT"**

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 23, 2007, at Los Angeles, California.

_____
Elena Juarez-Holguin

-1-
ELECTRONIC PROOF OF SERVICE